THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 06-223RSL |
| Plaintiff, | ) ) | AMENDED ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |
| vs. | ) ) | |
| LYNETTE JIMICUM, | ) ) | |
| Defendant. | ) ) | |

THE COURT having considered the stipulated motion of the parties to continue the trial date, and the records and files herein, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to ensure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date be continued from September 18, 2006, to November 27, 2006.

//

//

IT IS FURTHER ORDERED that the period of time from the current trial date of

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL
(*Jimicum*;  CR06-223RSL)                              1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
Seattle, Washington  98101-1271
(206) 553-7970

September 18, 2006, up to and including the new proposed trial date of November 27, 2006, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

DONE this 18th day of August, 2006.

*signature*
Robert S. Lasnik
United States District Judge

Presented by:

s/ Patricia C. Lally
PATRICIA C. LALLY
Assistant United States Attorney
WSBA #28910
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206-553-2619
Fax: 206-553-0755
Email: Patricia.Lally@usdoj.gov

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL
(*Jimicum*;  CR06-223RSL)                            2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
Seattle, Washington  98101-1271
(206) 553-7970