UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR06-223-RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| LYNETTE LEE JIMICUM, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on October 6, 2008. The United States was represented by Assistant United States Attorney Patricia C. Lally, and the defendant by Robert H. Gombiner. The proceedings were digitally recorded.

The defendant had been charged and convicted of Theft from an Indian Tribal Organization, in violation of 18 U.S.C. § 1163. On or about March 9, 2007, defendant was sentenced by the Honorable Robert S. Lasnik to a term of one (1) day in custody with credit for time served, to be followed by three years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance abuse and mental health program, financial disclosure, $120,000 restitution, search, abstain from alcohol and alcohol

establishments, 180 days of electronic home monitoring, and prohibition from incurring new credit charges.

In a Petition for Warrant or Summons, dated August 7, 2008, U.S. Probation Officer Angela M. McGlynn asserted the following violations by defendant of the conditions of his supervised release:

(1) Failing to report to the United States Probation Office as directed since May 2008, in violation of standard condition No. 2.

(2) Failing to submit truthful and complete monthly reports for the months of April, May, and June 2008, in violation of standard condition No. 2.

(3) Failing to pay restitution as directed since September 27, 2007, in violation of the special condition requiring the defendant to pay $120,000 in restitution to the victim.

(4) Obtaining a loan without approval of the probation officer in November 2007, in violation of the special condition prohibiting the defendant from incurring new credit charges, opening additinal lines of credit, or obtaining a loan without approval of the probation officer.

On September 2, 2008, defendant made her initial appearance. The defendant was advised of the allegations and advised of her rights. On October 7, 2008, defendant appeared for an evidentiary hearing on the alleged violations. Defendant admitted to violations 1, 2, 3 and 4.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violations numbers 1, 2, 3 and 4, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Robert S. Lasnik on October 21, 2008 at 8:30 a.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 7th day of October, 2008.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:           Honorable Robert S. Lasnik
     AUSA:                     Ms. Patricia C. Lally
     Defendant's attorney:     Mr. Robert H. Gombiner
     Probation officer:        Ms. Angela M. McGlynn